# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA LANDSCAPE AND DESIGN, INC., <br><br> Defendant. | Case No. 5:19-cv-00734-SVW-JC <br><br><br> **ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT this action be and is hereby dismissed as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: October 21, 2022

_____
UNITED STATE DISTRICT JUDGE
STEPHEN V. WILSON